# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ESLER WALL,

       Plaintiff,

vs.

NSB EAST BONANZA LLC d/b/a TACO BELL 31880; DOES I through X, inclusive,

       Defendant.

2:20-cv-00391-RFB-DJA

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and Temporary General Order 2020-04,

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for April 8, 2020, is VACATED and will be RESCHEDULED at a later date.

DATED this 20th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE