**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ESLER WALL,

          Plaintiff,

   v.

NSB EAST BONANZA LLC d/b/a TACO
BELL 31880,

          Defendant.

Case No. 2:20-cv-00391-RFB-DJA

**ORDER SETTING HEARING**

      IT IS ORDERED that a hearing is set on Defendant's Request for a Pretrial Scheduling Conference (ECF No. 22 and 24) and Plaintiff's Motion for Postponements (ECF No. 25) for **Friday, October 8, 2021, at 11:00 a.m.** via video conference.  Defense counsel will receive an invitation to appear.  Plaintiff may attend the hearing by telephone.  Ms. Wall is instructed to call telephone number: (888) 808-6929, and when prompted enter access code: 8129639, five minutes prior to the hearing time. The Court will join the call and convene the proceedings. The use of speaker phone or the use of recording devices during the proceedings is prohibited.

      DATED: September 14, 2021

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE