UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESLER WALL,<br><br>                    Plaintiff,<br><br>         v.<br><br>NSB EAST BONANZA LLC d/b/a TACO BELL 31880,<br><br>                    Defendant. | Case No. 2:20-cv-00391-RFB-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff Esler Wall's Response to the Order to Show Cause (ECF No. 32), filed on October 15, 2021.  Plaintiff also filed a Supplemental Response on October 21, 2021.  (ECF No. 34).  On October 12, 2021 the Court issued an Order to Show Cause why Plaintiff should not be sanctioned for failing to comply with the Court's Order (ECF No. 29) requiring her to appear telephonically for the motions hearing.  In her responses Plaintiff explains that she did not receive notice of the hearing.  Plaintiff also appears to imply that her previously submitted motions for postponements with attached doctors' letters should result in a stay of the case and presumably this motions hearing.  However, merely filing the motions and doctors' letters does not excuse Plaintiff's appearance and participation in the case.  The Court admonishes Plaintiff that she must comply with the Court's order, and that failure to do so may result in sanctions.  Accordingly, the Court will accept Plaintiff's explanation that she did not receive notice of the hearing and reset the motions hearing.

**IT IS HEREBY ORDERED** that a hearing is set on Defendant's Request for a Pretrial Scheduling Conference (ECF Nos. 22 and 24) and Plaintiff's Motions for Postponements (ECF Nos. 25 and 33) for **Wednesday, November 17, 2021, at 11:00 a.m.** via video conference. Defense counsel will receive an invitation to appear.  Plaintiff may attend the hearing by telephone.  Ms. Wall is instructed to call telephone number: (888) 808-6929, and when prompted

enter access code: 8129639, five minutes prior to the hearing time. The Court will join the call and convene the proceedings. The use of speaker phone or the use of recording devices during the proceedings is prohibited.

**IT IS FURTHER ORDERED** that the Clerk must mail a copy of this Order to Plaintiff's last known address.

**IT IS FURTHER ORDERED** that Plaintiff's failure to appear for the hearing may result in the imposition of sanctions under Local Rule IA 11-8. Those sanctions may include a recommendation to the district judge that this case be dismissed.

DATED: October 28, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE